**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gerald L. Popp Jr.                                    CHAPTER 13

                Debtor(s)

                                                                    BKY. NO. 17-10583 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                                                 Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
25 May 2021, 13:30:32, EDT

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322