UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L. POPP, JR

NO. 17-10583 AMC
CHAPTER 13

PRAECIPE TO CHANGE ADDRESS OF DEBTOR

TO THE CLERK:

Please note Debtor's current address:

Gerald L. Popp, Jr.
376 Wheatsheaf Lane
Langhorne, PA 19047   Bucks County

June 8, 2021

_____
Howard Gershman, Esquire
Gershman Law Offices PC
610 York Road, Ste. 200
Jenkintown, PA 19046
215.886.1120
howard@gershman-law.com