UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L. POPP, JR    NO. 17-10583 AMC
CHAPTER 13

DEBTORS' RESPONSE TO MOTION OF MIDFIRST BANK
FOR RELIEF FROM STAY

Debtor, Gerald L. Popp, Jr., responds to the Motion for Relief from Stay as to Premises at 22 Turf Road, Levittown, PA 19056.

1. Admitted

2. Denied as stated. Katherine Ann Popp is Debtor's mother, not wife. A third mortgagor, Gerald L. Popp, Sr., has not been named as a necessary party. None of the mortgagors reside at Turf Road; the non-debtor obligors have never resided at Turf Road. The Premises is exclusively occupied by Debtor's estranged wife. Consequently service of the Motion is inadequate as to the non-debtor parties.

3. Admitted

4. Admitted

5. Denied. No reference to any specific legal action is referenced.

6. Denied as stated. Katherine Ann Popp is not a bankruptcy debtor, although she is co-obligor under the mortgage obligation. Debtor understands payments, the responsibility of his estranged wife, have not been paid, although the amount is undetermined. Further, there was a forbearance of payment obligations from September 2020, through April, 2021.

7. Denied.

8. Denied. There is significant equity in the Premises which is recently listed for sale at $365,000.00 with Berkshire Hathaway/Fox Roach in Newtown, PA.

9. No response required.

WHEREFORE, Debtor prays this Honorable Court to deny the Motion for Relief from Stay as well as for such other relief as is just and equitable.

Date: June 8 2021

GERSHMAN LAW OFFICES PC

Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
215.886.1120
howard@gershman-law.com

I certify a true and correct copy hereof
has been served by first class mail this date:

Rebecca A. Solarz, Esquire
KML Law Group PC
701 Market Street, Ste. 5000
Philadelphia, PA 19106-1532