**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Gerald L Popp, Jr.**            Chapter 13
           Debtor.        :    BANKRUPTCY NO. **17-10583-jkf**

_____

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR YARDLEY COMMONS CONDOMINIUM ASSOCIATION

The undersigned hereby enters his appearance for Yardley Commons Condominium Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

                                    **Clemons Richter & Reiss, P.C.**
                                    2003 South Easton Road, Suite 300
                                    Doylestown, PA 18901
                                    Tel. (215) 348-1776

Date: June 18, 2021

                                    _____
                                    Stefan Richter, Esquire