UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L. POPP, JR.                              NO. 17-10583 AMC
                                                 CHAPTER 13

ORDER SETTING SHORTENED NOTICE AND EXPEDITED HEARING TO
CONSIDER DEBTOR'S MOTION TO SELL CONDOMINIUM AND FOR ANCILLARY
RELIEF

        AND NOW, this    29th    day of    June        , 2021 in consideration of the
Application of Debtor an Expedited Hearing on its Motion to Sell

        IT IS HEREBY ORDERED that a **telephonic** expedited hearing for my
consideration of the Motion shall be held at the United States Bankrupty Court:

~~Courtroom No. 4\1~~

~~Second Floor Robert N C Nix Federal Building~~

~~900 Market Street~~

~~Philadelphia, PA 19107~~

**On    July 20th       , 2021, at  11:00  o'clock        a.m. prevailing time .
Parties are to Dial: 877-873-8017  Access Code: 3027681#  .**

        IT IS HEREBY FURTHER ORDERED that any party opposing the Motion shall
file an answer or response two (2) business days before the time and date of the
Hearing set above and that any party opposing the Motion shall appear at the hearing
on the Motion, or it may be granted without further notice.

        IT IS HEREBY FURTHER ORDERED: Movant's counsel shall immediately (1)
notify by telephone and (2) serve copies of this signed Order and Motion on the
following parties by e-mail or facsimile:  Counsel for the Chatper 13 Trustee, counsel for
all other parties affected by the Motion and all other interested parties.

BY THE COURT:

_____
Ashely M Chan
Bankruptcy Judge