UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  GERALD L. POPP, JR.

NO. 17-10583 AMC
CHAPTER 13

PRAECIPE TO WITHDRAW DEBTOR'S RESPONSE TO MOTION OF MIDFIRST BANK FOR RELIEF FROM STAY

TO THE CLERK:

Please mark the Response of Debtor to the Motion of MidFirst Bank for Relief from Stay as withdrawn.

July 13, 2021

GERSHMAN LAW OFFICES, PC

_____
Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
215.886.1120
howard@gershman-law.com