# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>GERALD L. POPP, JR<br><br>Wells Fargo Bank, N.A.,<br>　　Movant<br><br>vs.<br><br>GERALD L. POPP, JR,<br>　　Debtor | Case No. 17-10583-amc<br>Chapter 13 |

## RESPONSE TO MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

**COMES NOW**, Wells Fargo Bank, N.A., (herein, "Respondent") by and through undersigned counsel, and hereby responds to the Motion to Sell Property Free and Clear of Liens [Doc. 100] filed on June 29, 2021 and in support thereof, shows unto the Court as follows:

1.　　Admitted.

2.　　Admitted.

3.　　Admitted.

4.　　Admitted.

5.　　Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegations set forth. Strict proof is demanded at trial.

6.　　Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegations set forth. Strict proof is demanded at trial.

7.　　Admitted in part; Denied in part. It is admitted only that the Property is encumbered by mortgage to Wells Fargo Bank, N.A. The remainder of this averment is denied as a conclusion of law. By way of further response, Respondent objects to any Order permitting sale of the property without the following:

    a. Respondent's lien is paid in full from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date; or

    b. Any short payoff is approved by Respondent; and

    c. Debtor(s) shall have ninety (90) days from entry of the Order to sell the Real Property.

8. Admitted. By way of further answer, Respondent objects to any payment to any other creditor until and unless respondent's valid secured lien is paid in full.

9. Denied. Strict proof is demanded at trial.

10 – 15. Denied. Strict proof is demanded at trial.

**WHEREFORE**, Respondent respectfully requests that any order permitting the sale of the Real Property condition the same upon the conditions set forth above and for any other relief the Court deems just and proper.

This the 13th day of July, 2021.

                                                */s/ Andrew Spivack*
                                                Andrew Spivack (Bar No. 84439)
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                302 Fellowship Road, Suite 130
                                                Mount Laurel, NJ 08054
                                                Telephone:  844-856-6646 x3017
                                                Facsimile:  704-369-0760
                                                E-Mail:  PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>GERALD L. POPP, JR | Case No. 17-10583-amc<br>Chapter 13 |
| Wells Fargo Bank, N.A.,<br>    Movant | |
| vs. | |
| GERALD L. POPP, JR,<br>    Debtor | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Motion to Sell has been electronically served or mailed, postage prepaid on July 13, 2021 to the following:

GERALD L. POPP, JR
376 WHEATSHEAF LANE
LANGHORNE, PA 19047

Howard Gershman, Debtor's Attorney
610 York Road, Suite 200
Jenkintown, PA 19422

William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

*/s/ Andrew Spivack*
Andrew Spivack (Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com