**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Gerald  L Popp, Jr.**            **Chapter 13**
                Debtor.        **:**    BANKRUPTCY  NO. **17-10583-jkf**
_____

### RESPONSE OF YARDLEY COMMONS CONDOMINIUM ASSOCIATION TO DEBTOR'S MOTION TO SELL CONDOMINIUM UNIT.

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted upon information and belief.
5. Denied as Yardley Commons has no knowledge concerning the allegation.
6. Denied as Yardley Commons has no knowledge concerning the allegation.
7. Admitted.
8. Admitted.
9. Denied. The Trustee's accounting speaks for itself and is expected to be introduced at the hearing of this matter.
10. Admitted in part, denied in part.  Yardley Commons denies that the Trustee's accounting is inaccurate, but admits that the lien on the condominium is greater than the amount shown on the Trustee's accounting due to post-petition arrears.  Through June of 2021, the total lien amount on the Unit is $7669.47.
11. Denied as conclusion of law.
12. Admitted that Debtor must pay the Condo Claim plus any post-petition arrearage in order to satisfy the lien on the Unit.
13. Admitted.
14. No response required.
15. Denied as conclusion of law.

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

Date: July 14, 2021

_____
Stefan Richter, Esquire