UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L. POPP, JR.

NO. 17-10583 AMC
CHAPTER 13

ORDER ALLOWING DEBTOR TO SELL CONDOMINIUM UNIT AND ANCILLARY RELIEF

It is ordered that:

Debtor, Gerald L. Popp, Jr., may sell Yardley Commons Condominium, Unit 1701, Yardley Borough, Bucks County, PA, in accordance with the terms of an Agreement of Sale dated June 5, 2021 to Blaine Applegate, as submitted to the Court. Further, any lien in favor of the Yardley Commons Condominium, as set forth in its Proof of Claim No. 10 shall be paid at settlement in the amount of the balance then due on the Proof of Claim according to the records of the Chapter 13 Trustee, whereupon such lien shall be released.  Further, Debtor may pay from the proceeds of sale counsel, Howard Gershman, Esquire, the sum of $2,000.00, as legal fee for services. All net proceeds from settlement, after payment of costs, fees and taxes, shall be paid as Debtor directs in accordance with an agreement arising from a divorce action in the Court of Common Pleas of Bucks County, PA No. 2020-61617.

Date:

BY THE COURT:

**Date: July 21, 2021**

_____
Bankruptcy Judge