United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 17-10583-amc

Gerald L. Popp, Jr.                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

**Recip ID                     Recipient Name and Address**
db                          +  Gerald L. Popp, Jr., 376 Wheatsheaf Lane, Langhorne, PA 19047-1553

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:**

**Name                          Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor Finance of America Mortgage LLC cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor Finance of America East cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

HOWARD GERSHMAN
    on behalf of Debtor Gerald L. Popp  Jr. hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com

District/off: 0313-2                          User: admin                                        Page 2 of 2
Date Rcvd: Jul 21, 2021                     Form ID: pdf900                                   Total Noticed: 1

JILL MARIE FEIN
       on behalf of Creditor Yardley Commons Community Association jfein@hillwallack.com
       skenny@hillwallack.com;lharkins@hillwallack.com

LEON P. HALLER
       on behalf of Creditor MidFirst Bank lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MARIO J. HANYON
       on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, wbecf@brockandscott.com

POLLY A. LANGDON
       on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
       on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

REGINA COHEN
       on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com

STEFAN RICHTER
       on behalf of Creditor Yardley Commons Community Association srichter@clemonslaw.com

THOMAS YOUNG.HAE SONG
       on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
       ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
       on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD MILLER
       on behalf of Creditor Finance of America Mortgage LLC wmiller@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

TOTAL: 18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L. POPP, JR.

NO. 17-10583 AMC
CHAPTER 13

ORDER ALLOWING DEBTOR TO SELL CONDOMINIUM UNIT
AND ANCILLARY RELIEF

It is ordered that:

Debtor, Gerald L. Popp, Jr., may sell Yardley Commons Condominium, Unit 1701, Yardley Borough, Bucks County, PA, in accordance with the terms of an Agreement of Sale dated June 5, 2021 to Blaine Applegate, as submitted to the Court. Further, any lien in favor of the Yardley Commons Condominium, as set forth in its Proof of Claim No. 10 shall be paid at settlement in the amount of the balance then due on the Proof of Claim according to the records of the Chapter 13 Trustee, whereupon such lien shall be released. Further, Debtor may pay from the proceeds of sale counsel, Howard Gershman, Esquire, the sum of $2,000.00, as legal fee for services. All net proceeds from settlement, after payment of costs, fees and taxes, shall be paid as Debtor directs in accordance with an agreement arising from a divorce action in the Court of Common Pleas of Bucks County, PA No. 2020-61617.

Date:

BY THE COURT:

Date: July 21, 2021

_____
Bankruptcy Judge