UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L. POPP, JR.                          NO. 17-10583 AMC
                                             CHAPTER 13

NOTICE OF MOTION, RESPONSE DEADLINE of JULY 14, 2021
AND HEARING DATE OF SEPTEMBER 28, 2021, at 11:00am

Debtor, Gerald L. Popp, Jr., filed a Motion to Sell  Premises at 22 Turf Road, Levittown, Lower Makefield Township, Bucks County, PA for a gross price of $305.000.00, and for ancillary relief including payment of legal fees of $1,200.00.

1.      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney.)**

2.      **If you do not want the Court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then **on or before September 28, 2021 you or your attorney must file a response to the Motion** (See instructions on next page).

3.      **A hearing on the Motion** is scheduled to be held on **SEPTEMBER 8, 2021 at 11.00am. in Courtroom 4, United States Bankruptcy Court**, Robert Nix Federal Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

Unless the court orders otherwise the hearing on this contested matter will an **evidentiary hearing.**

**TELECONFERENCING NUMBER:  1.877.873.8017    ACCESS CODE:  3027681#**

4.      **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5.      You may contact the Bankruptcy Clerk's office(s) in Philadelphia, PA [tel: 215-408-2800] or Reading, PA [tel: 610-208-5040] to find out whether the hearing case been cancelled because no one filed a response.

6.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is list on the next page of this Notice.

7.      **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8.    **If you are not required to file electronically,** you must file your response at

Clerk, United States Bankruptcy Court
Robert N C Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

9.    **If you mail your response** to the Bankruptcy clerk's office for filing, you mail it early enough so that it will be received on or before the dated stated in paragraph 2 on the previous page of this Notice.

10.    On the same day that you file or mail your Response to the Motion, you must mail to deliver a copy of the Response to the movant's attorney:

Howard Gershman, Esquire
Gershman Law Offices PC
610 York Road, Suite 200
Jenkintown, PA 19046
Tel:    215.886.1120
Fax:    215.886.1118
howard@gershman-law.com

Date:  August 24, 2021