**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Gerald L Popp, Jr.**          **Chapter 13**
        Debtor.          **:**     BANKRUPTCY NO. **17-10583-jkf**

_____

**PRAECIPE TO SATISFY/WITHDRAW CLAIM NO. 10**
**OF YARDLEY COMMONS COMMUNITY ASSOCIATION.**

To the Clerk of Court:

Kindly mark claim No. 10 of Yardley Commons Community Association, SATISFIED/WITHDRAWN.

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

Date: August 31, 2021

_____
Stefan Richter, Esquire
Attorney for Yardley Commons