UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L. POPP, JR.                    NO. 17-10583 AMC
                                        CHAPTER 13

ORDER ALLOWING DEBTOR TO SELL REAL ESTATE
22 TURF ROAD, LOWER MAKEFIELD TOWNSHIP
WITH ANCILLARY RELIEF

It is ordered that:

Pursuant to 11 USC §363(b), Debtor, Gerald L. Popp, Jr., may sell, along with his co-owners, Premises at 22 Turf Road, Levittown, Lower Makefield Township, Bucks County, PA, in accordance with the terms of an Agreement of Sale dated August 4, 2021, as amended August 16, 2020 to P and J Patel, as submitted to the Court.

Debtor's share of all net proceeds from settlement, after payment of mortgages, liens, costs, a five percent realtor's commission, fees and taxes, shall be paid as Debtor directs in accordance with an agreement arising from a divorce action in the Court of Common Pleas of Bucks County, PA No. 2020-61617. Further, Debtor may pay from the proceeds of sale his counsel, Howard Gershman, Esquire, the sum of $1,200.00, as legal fee for services.

Date:

**Date: September 29, 2021**

BY THE COURT:

_____
Bankruptcy Judge