United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10583-amc |
| Gerald L. Popp, Jr. | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

**Recip ID         Recipient Name and Address**
db            +  Gerald L. Popp, Jr., 376 Wheatsheaf Lane, Langhorne, PA 19047-1553

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

**Name              Email Address**

ANDREW L. SPIVACK
                  on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISTOPHER M. MCMONAGLE
                  on behalf of Creditor Finance of America Mortgage LLC cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
                  on behalf of Creditor Finance of America East cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com

FREDERICK L. REIGLE
                  on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

HOWARD GERSHMAN
                  on behalf of Debtor Gerald L. Popp Jr. hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

JEROME B. BLANK
                  on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

JILL MARIE FEIN
    on behalf of Creditor Yardley Commons Community Association jfein@hillwallack.com  lharkins@ecf.courtdrive.com

LEON P. HALLER
    on behalf of Creditor MidFirst Bank lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com

STEFAN RICHTER
    on behalf of Creditor Yardley Commons Community Association srichter@clemonslaw.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD MILLER
    on behalf of Creditor Finance of America Mortgage LLC wmiller@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

TOTAL: 18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L. POPP, JR.          NO. 17-10583 AMC
                             CHAPTER 13

ORDER ALLOWING DEBTOR TO SELL REAL ESTATE
22 TURF ROAD, LOWER MAKEFIELD TOWNSHIP
WITH ANCILLARY RELIEF

It is ordered that:

Pursuant to 11 USC §363(b), Debtor, Gerald L. Popp, Jr., may sell, along with his co-owners, Premises at 22 Turf Road, Levittown, Lower Makefield Township, Bucks County, PA, in accordance with the terms of an Agreement of Sale dated August 4, 2021, as amended August 16, 2020 to P and J Patel, as submitted to the Court.

Debtor's share of all net proceeds from settlement, after payment of mortgages, liens, costs, a five percent realtor's commission, fees and taxes, shall be paid as Debtor directs in accordance with an agreement arising from a divorce action in the Court of Common Pleas of Bucks County, PA No. 2020-61617. Further, Debtor may pay from the proceeds of sale his counsel, Howard Gershman, Esquire, the sum of $1,200.00, as legal fee for services.

Date:

BY THE COURT:

**Date: September 29, 2021**

_____
Bankruptcy Judge