UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT PENNSYLVANIA

IN RE:

GERALD L POPP

NO. 17-10583 AMC
CHAPTER 7

NOTICE OF CHANGE OF ADDRESS for DEBTOR, GERALD L. POPP

Please note the new address of Debtor:

6213 Nathan Hale Court
Bensalem, PA 19020

Date: October 15, 2021

GERSHMAN LAW OFFICES PC

/s/ Howard Gershman

Howard Gershman
610 York Road Ste 200
Jenkintown, PA 19046
215.886.1120