UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
GERALD L. POPP                    NO. 17-10583 AMC
                                  CHAPTER 13

CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)
OF GERALD L. POPP

*Part I. Certification Regarding Domestic Support Obligations (Check no more than one)*

Pursuant to 11 USC §1328(a), I certify:

[ ✓ ] I owed no domestic support obligation when I filed my bankruptcy petition and I have not been required to pay any such obligations since then.

[   ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address is:

My current employer and my employer's address:

*Part III. Certification Regarding Section 522(q) (Check no more than one)*

[ XX ] I have not claimed an exemption pursuant to §522(b)(3) and state or local law in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2), that exceeds $155,675.00 in value in the aggregate.

[   ] I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $155,675.00 in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: _____1/12/_____, 2021

_____
Gerald L. Popp