United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 17-10583-amc
Gerald L. Popp, Jr.   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 27, 2023      Form ID: 138OBJ      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald L. Popp, Jr., 6213 Nathan Hale Court, Bensalem, PA 19020-1805 |
| 13856932 | + | Bucks County Campus, c/o Medical Data Systems, Inc., 2120 15th Avenue, Vero Beach, FL 32960-3436 |
| 13856935 | + | Comcast, c/o Stellar Recovery Inc., 1327 Hwy 2 W., Ste. 100, Kalispell, MT 59901-3531 |
| 13856936 | + | Erie Lackawanna Railroad FCU, 89 Washington St., Ste. 3, Hoboken, NJ 07030-4526 |
| 13856937 | + | Finance of America Mortgage, 15325 Fairfield Ranch Road, Suite 200, Chino Hills, CA 91709-8834 |
| 14204747 | + | Finance of America Mortgage LLC, 15325 Fairfield Ranch d., Ste. 200, Chino Hills, CA 91709-8834 |
| 14611273 | + | MidFirst Bank, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13938675 | + | Patricia M. Mayer, Esquire, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14620686 | + | Wells Fargo Bank, NA, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13862470 | + | Wells Fargo Bank, NA, c/o JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 13856944 | + | Yardley Borough Trash, 56 South Main Street, Morrisville, PA 19067-1572 |
| 13930356 | | Yardley Commons Community Association, 300 South Main Street, Yardley, PA 19067 |
| 13856945 | + | Yardley Commons Condo Assn, First Service Residential East, PO Box 11981, Newark, NJ 07101-4960 |
| 14616527 | + | Yardley Commons Condominium Association, c/o Stefan Richter, Clemons Richter & Reiss, 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 28 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13858709 | | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2023 00:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13856930 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2023 00:33:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 13856931 | + | Email/Text: broman@amhfcu.org | Jan 28 2023 00:34:00 | American Heritage FCU, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 13856933 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:42:28 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13871820 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:42:16 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13856934 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:42:23 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 13924320 | ^ | MEBN | Jan 28 2023 00:25:44 | Emergency Care Services of Pennsylvania, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 13971441 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 28 2023 00:34:00 | Finance of America East, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 13856938 | | Email/Text: jmerrill@inspirefcu.org | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 28 2023 00:34:00 | Inspire FCU, 2104 Bath Road, Bristol, PA 19007-2104 |
| 13856939 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2023 00:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13899320 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:42:28 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14610995 | ^ | MEBN | Jan 28 2023 00:25:47 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13884675 | | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:42:17 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13856940 | + | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:42:22 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 13856941 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2023 00:34:00 | PA Department of Revenue, Bureau of Compliance, Bankruptcy Division, PO Box 28046, Harrisburg, PA 17128-0946 |
| 13958678 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:42:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13956459 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13856942 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 28 2023 00:33:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 13866845 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 28 2023 00:42:22 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14620687 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 28 2023 00:42:17 | Wells Fargo Bank, NA, 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 13856943 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 28 2023 00:42:28 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13860259 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Finance of America Mortgage LLC cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Finance of America East cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| HOWARD GERSHMAN | on behalf of Debtor Gerald L. Popp Jr. hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank NA jblank@pincuslaw.com |
| JILL MARIE FEIN | on behalf of Creditor Yardley Commons Community Association jfein@hillwallack.com lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor MidFirst Bank lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| STEFAN RICHTER | on behalf of Creditor Yardley Commons Community Association srichter@clemonslaw.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank NA tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD MILLER | on behalf of Creditor Finance of America Mortgage LLC william.miller@padgettlawgroup.com bankruptcy@friedmanvartolo.com |

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gerald L. Popp, Jr.

      Debtor(s)

Case No: 17−10583−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/27/23