**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:** GERALD L POPP JR

        : **CHAPTER 13**

        :

        : **BANKRUPTCY NO.** 17-10583-AMC

        :

**NOTICE OF COMPLETION OF PLAN PAYMENTS**

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

        Respectfully submitted,

**1/26/2023**

        /s/ KENNETH E. WEST

        KENNETH E. WEST, Esquire
        Chapter 13 Standing Trustee
        P.O. Box 40837
        Philadelphia PA 19107
        Phone: 215-627-1377