**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: GERALD L POPP JR

Debtor(s)

: CHAPTER 13
:
: BANKRUPTCY NO. 17-10583-AMC
:

**PRAECIPE TO WITHDRAW DOCUMENT**

Kindly withdraw the Chapter 13 Trustee's NOTICE OF COMPETION OF PLAN PAYMENT 1/30/2023

Respectfully submitted,

Date: 2/1/2023

/s/ Kenneth E. West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee