United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                        Case No. 17-10583-amc

Gerald L. Popp, Jr.                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald L. Popp, Jr., 6213 Nathan Hale Court, Bensalem, PA 19020-1805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | |
| | on behalf of Creditor Finance of America Mortgage LLC cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | |
| | on behalf of Creditor Finance of America East cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| HOWARD GERSHMAN | |
| | on behalf of Debtor Gerald L. Popp  Jr. hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JEROME B. BLANK | |
| | on behalf of Creditor Wells Fargo Bank  NA jblank@pincuslaw.com |

District/off: 0313-2                          User: admin                          Page 2 of 2
Date Rcvd: Jan 30, 2023                       Form ID: 234                          Total Noticed: 1

JILL MARIE FEIN
                    on behalf of Creditor Yardley Commons Community Association jfein@hillwallack.com
                    lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
                    on behalf of Creditor MidFirst Bank lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARIO J. HANYON
                    on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
                    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REGINA COHEN
                    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

STEFAN RICHTER
                    on behalf of Creditor Yardley Commons Community Association srichter@clemonslaw.com

THOMAS SONG
                    on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
                    on behalf of Creditor Finance of America Mortgage LLC william.miller@padgettlawgroup.com
                    bankruptcy@friedmanvartolo.com


TOTAL: 16

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Gerald L. Popp, Jr.

          Debtor(s)

Case No:17−10583−amc

Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

#### NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 1/30/23