United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gerald L. Popp, Jr.  
    Debtor

Case No. 17-10583-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 16, 2023      Form ID: 138FIN      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald L. Popp, Jr., 6213 Nathan Hale Court, Bensalem, PA 19020-1805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 17 2023 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2023 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK  
    on behalf of Creditor Wells Fargo Bank NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Case 17-10583-amc   Doc 135   Filed 06/18/23   Entered 06/19/23 00:44:52   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: 138FIN | Total Noticed: 3 |

CHRISTOPHER M. MCMONAGLE
           on behalf of Creditor Finance of America Mortgage LLC cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
           on behalf of Creditor Finance of America East cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com

HOWARD GERSHMAN
           on behalf of Debtor Gerald L. Popp Jr. hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

JEROME B. BLANK
           on behalf of Creditor Wells Fargo Bank  NA jblank@pincuslaw.com, brausch@pincuslaw.com

JILL MARIE FEIN
           on behalf of Creditor Yardley Commons Community Association jfein@hillwallack.com
           lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

KENNETH E. WEST
           ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
           on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
           on behalf of Creditor MidFirst Bank lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARIO J. HANYON
           on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
           on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REGINA COHEN
           on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

STEFAN RICHTER
           on behalf of Creditor Yardley Commons Community Association srichter@clemonslaw.com

THOMAS SONG
           on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
           on behalf of Creditor Finance of America Mortgage LLC william.miller@padgettlawgroup.com
           bankruptcy@friedmanvartolo.com

TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gerald L. Popp, Jr.
       Debtor(s)

Case No: 17−10583−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/16/23