**Fill in this information to identify the case:**

Debtor 1: Gerald L. Popp, Jr.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 17-10583-jkf

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** MidFirst Bank

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 6 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 1/16/19, 2/16/19, 3/16/19, 4/16/19, 5/16/19 | (1) | $ 225.25 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | Notice of Postpetition Fees 7/16/19 | (3) | $ 100.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Wire Fees | 4/30/19, 6/12/19 | (11) | $ 16.00 |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Gerald | L. | Popp, Jr. | | Case number *(if known)* | 17-10583-jkf |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ s/ Leon P. Haller
Signature

Date 07 / 16 / 2019

Print:  Leon   P.   Haller
        First Name  Middle Name  Last Name

Title  Bankruptcy Attorney

Company  Purcell, Krug & Haller

Address  1719 North Front Street
         Number    Street
         Harrisburg           PA       17102
         City                 State    ZIP Code

Contact phone  (717) 234 - 4178

Email  lhaller@pkh.com