UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gerald L. Popp, Jr.<br>    Debtor(s) | CASE NO. 17-10583-jkf |
| | CHAPTER 13 |
| MIDFIRST BANK<br>    Movant<br>vs.<br>Gerald L. Popp, Jr. and<br>Scott F. Waterman Trustee<br>    Respondents | |

## CERTIFICATE OF SERVICE

    I, Leon P. Haller, attorney for Movant, certify under penalty of perjury that on July 16, 2019 I served or caused to be served the Notice of Postpetition Mortgage Fees, Expenses and Charges on the parties at the addressed show below or on the attached list. The types of service made on the parties were: Electronic Notification and First Class Mail.

**Service by Electronic Notification**

Debtor's Counsel:    Patricia M. Mayer, Esquire
                          patriciamayerpc@gmail.com

Trustee:              Scott W. Waterman, Esquire
                      VIA ECF / CM

**Service by First Class Mail**

Debtor(s):          Gerald L. Popp, Jr.
                     22 Turf Road
                     Levittown, PA  19056

                                          s/Leon P. Haller
                                        PURCELL, KRUG & HALLER
                                        1719 North Front Street
                                        Harrisburg, PA  17102
                                        (717) 234-4178
                                        ID #15700

Dated:  July 16, 2019